1  SO. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 205-6560
4  cm@SoCalEAG.com

5  Attorneys for Plaintiff
   DENNIS COOPER

6

7             UNITED STATES DISTRICT COURT

8             CENTRAL DISTRICT OF CALIFORNIA

9

10 DENNIS COOPER,                    Case No.: 5:25-cv-00089-KK (DTBx)

11         Plaintiff,                **NOTICE OF VOLUNTARY
                                     DISMISSAL OF ENTIRE ACTION
12     vs.                           WITH PREJUDICE**

13 BLACKWATER INVESTMENTS LLC;
   and DOES 1 to 10,
14
           Defendants.
15

16

17

18     **PLEASE TAKE NOTICE** that Plaintiff DENNIS COOPER ("Plaintiff") pursuant

19 to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire

20 action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which

21 provides in relevant part:

22     (a) **Voluntary Dismissal.**

23         (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66

24               and any applicable federal statute, the plaintiff may dismiss an action

25               without a court order by filing:

26         (i)   A notice of dismissal before the opposing party serves either an

27               answer or a motion for summary judgment.

28

                                    1
              NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: February 11, 2025         **SO. CAL. EQUAL ACCESS GROUP**

By:   */s/   Jason J. Kim*
      Jason J. Kim, Esq.
      Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION